AUDUBON PARKING ASSOCIATES LIMITED PARTNER-
SHIP *v.* BARCLAY AND STUBBS, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 181, is granted, limited to the following issues:

"1. In the circumstances of this case, did the parties agree to a binding settlement of their dispute in open court?

"2. If the parties did so agree, what were the enforcement rights of the plaintiff when the defendant withdrew from the settlement?

"3. If the parties did so agree, what right did the defendant have to a jury trial on the underlying claim on the settlement agreement?"

*Margaret A. Little,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided January 7, 1992

TERRY BARTH *v.* LESLIE BARTH

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Leslie Barth,* pro se, in support of the petition.

Decided January 16, 1992

PETER R. JOHL ET AL. *v.* TOWN OF GROTON

The named plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Peter R. Johl,* pro se, in support of the petition.

Decided January 16, 1992